IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to
All Cases Listed in Exhibit A

## MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE COUNSEL

Plaintiffs give notice that Peter E. Goss, previously counsel of record for Plaintiffs in all cases listed in Exhibit A, is no longer counsel of record. Plaintiffs respectfully request that the Court withdraw Peter E. Goss as counsel of record and substitute Zachary Skinner of The Goss Law Firm, P.C. in their place. This substitution will not delay proceedings.

**WHEREFORE,** Plaintiffs respectfully request that the Court grant this Motion and enter the Proposed Order submitted herewith.

Respectfully submitted,

Dated: June 11, 2026

*/s/ Zachary Skinner*
Zachary Skinner

**The Goss Law Firm, P.C.**
1501 Westport Road
Kansas City, MO 64111
zskinner@thegosslawfirm.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, a copy of the foregoing was served electronically and notice of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ *Zachary Skinner*
Zachary Skinner

**The Goss Law Firm, P.C.**
1501 Westport Road
Kansas City, MO 64111
zskinner@thegosslawfirm.com