UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to
All Cases Listed in Exhibit A

**ORDER REGARDING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

This matter comes before the Court on Plaintiffs' Motion for Leave to Withdraw and Substitute Counsel. The Court, having considered the Motion, finds it well-taken and hereby **GRANTS** the Motion. [Filing No. 27936.]

IT IS THEREFORE ORDERED that Peter E. Goss is hereby WITHDRAWN as counsel of record for Plaintiffs in all cases listed in Exhibit A and Zachary Skinner of The Goss Law Firm, P.C. is hereby SUBSTITUTED as counsel of record in those actions.

IT IS FURTHER NOTED that Peter E. Goss is still listed as counsel of record in CAMPOS v. COOK INCORPORATED et al (1:17-cv-00232-RLY-TAB) and AVERETT v. COOK INCORPORATED et al (1:21-cv-06520-RLY-TAB).

Date: 10/6/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system